FILED
OCT - 4 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. SA21CR0416OG |
| Plaintiff, | |
| v. | **INFORMATION**<br>Ct 1: 21 U.S.C. §§ 841(a)(1)/(b)(1)(A)(ii)<br>*Possession with Intent to Distribute Cocaine* |
| SAMUEL ALVARADO JR. | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**
**[21 U.S.C. § 841(a)(1)/(b)(1)(A)(ii)]**

That on or about January 20, 2018, in the Western District of Texas, the defendant,

**SAMUEL ALVARADO JR.**

did knowingly and intentionally possess with intent to distribute 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1)/(b)(1)(A)(ii).

ASHLEY C. HOFF
UNITED STATES ATTORNEY

BY: *[signature]*
Joseph T. Lo Galbo
Assistant U.S. Attorney