Case 5:21-cr-00416-OLG   Document 24   Filed 08/04/22   Page 1 of 1

**FILED**
August 04, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| USA § | |
| § | CRIMINAL NO: |
| vs. § | SA:21-CR-00416(1)-OLG |
| § | |
| (1) SAMUEL ALVARADO JR. § | |

## ORDER RESETTING SENTENCING - IN PERSON

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **SENTENCING - IN PERSON** in Courtroom C, on the 2nd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX, on **Wednesday, August 17, 2022 at 09:30 AM**.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to counsel for defendant, the United States Attorney, United States Pretrial Services and the United States Probation Office. Counsel for the defendant shall notify the defendant of this setting and, if the defendant is on bond, advise the defendant to be present at this proceeding.

IT IS SO ORDERED this 4th day of August, 2022.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE